

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

Nos. 04-24-00209-CR, 04-24-00210-CR, 04-24-00211-CR, 04-24-00212-CR

**EX PARTE** Danthony Reshawn **CARTER**

From the 175th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2016CR8908, 2016CR8909, 2016CR8910, 2016CR8911
Honorable Andrew Carruthers, Judge Presiding

PER CURIAM

Sitting:      Luz Elena D. Chapa, Justice
               Irene Rios, Justice
               Beth Watkins, Justice

Delivered and Filed: May 29, 2024

MOTION TO DISMISS GRANTED; APPEAL DISMISSED

On October 27, 2022, appellant filed motions to dismiss appeal nos. 04-24-00209-CR, 04-24-00210-CR, 04-24-00211-CR, 04-24-00212-CR. The motions are signed by both appellant and his attorney in accordance with Texas Rule of Appellate Procedure 42.2(a). *See* TEX. R. APP. P. 42.2(a). After consideration, we grant the motions and dismiss appeal nos. 04-24-00209-CR, 04-24-00210-CR, 04-24-00211-CR, 04-24-00212-CR. *See id.*

PER CURIAM

Do Not Publish